Johnson-Kahn Company v. Henry S. Thompson and Others.— Appeal withdrawn.

Sophie Reich v. Feldman Construction Company.   Arthur S. Hamlin v. Nicola Arbolina and Others.   Emilie L. D'Herblay v. Joseph F. Lippe. Emilie L. D'Herblay v. Otto H. Drooge.   Emilie L. D'Herblay v. William Elfers and Another.   L. M. Berkeley v. Frank M. Dusenberry.— Motions granted unless appellants comply with terms stated in order.

John E. Kerby v. Manhattan College.   Algernon S. Norton v. Louisa Renz.   John M. Murphy v. James W. Patterson.   Michael McNamara v. John C. Rodgers.   Benjamin Freibaum v. James C. Brady.   Annie Hirschfield v. Keith & Proctor Company.   Mary M. Gibson v. Emil A. Widman.—Motions granted, with ten dollars costs.

Nathan Baer v. George Hoffman.— Application granted.   Order signed.

Nathan Baer v. George Hoffman.— Motion granted.

Walter Althaus v. Giroux Consolidated Mines Company.— Application granted.   Order signed.

Walter Althaus v. Giroux Consolidated Mines Company.— Application granted.   Order signed.

Vincenzo Nanella v. John J. Brady.   Walter J. Salomon v. Louis Gleichenhaus.   George Schrooder v. Samuel Fine.   W. & R. Iron Works v. Jacob Cohen.   Robert M. S. Putnam v. Charles Pfizer.   Robert M. S. Putnam v. Charles Pfizer.   Albert Horton v. Sarah Harris.   Philip Carpenter v. Etta Forgotson.   Philip Carpenter v. Etta Forgotson.   Barker Bond Lumber Company v. Pennsylvania Railroad Company.   Henry Lipset v. Catherine Hennessey.   Henry Lipset v. Catherine Hennessey.— Applications denied, with ten dollars costs in each case.

Henry G. Strahmann v. Yorkville Bank.   Walter H. Allen v. United Engineering Company.   The City of New York v. Michael Palladino.   Laura Daintrey v. Alfred H. Evans.   Michael J. Craven v. Eccentric Association of Engineers.   Cornelius Sullivan v. Ryan-Parker Construction Company. Cornelius Sullivan v. Ryan-Parker Construction Company.   Albert Heppenstall v. John F. Baudouine.— Motions denied, with ten dollars costs.

Belle Wooding v. William B. Thom (2 cases).— Motion for leave to appeal to Court of Appeals granted and motion for reargument denied.

Gertrude Van Cortlandt v. Raoul de Graffenried.— Motion granted; question certified.

Henrietta F. Scharles v. N. Hubbard, Jr.— Application granted on conditions stated in opinion of Ingraham, P. J.   (Withheld from publication by direction of the court.)   Order to be settled on notice.

In the Matter of New York Taxicab Company.— See memorandum per curiam.

In the Matter of Louisa Stenton (2 cases).— Motions granted.   Order to be settled on notice.

The People of the State of New York v. Stephen A. Dutton.— Motion granted on payment by defendant to the printer of $125, the cost of printing the case on appeal within ten days after the decision of this motion. Order to be settled on notice.